# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT ILLINOIS

Petitioner
H. K. ERICKSON

v.

City of Macomb, et al.;
Lake Behavioral
Hospital, and D. Marco

Petition for
**Emergency HABEUS CORPUS**
File Before 5/9/25

Petitioner, H.K. Erickson is being held at Lake Behavioral Hospital in Waukegan, IL. against her will, after being transported to this hospital against her interests as a result of an unlawful arrest following an unlawful seizure of herself, and after a unlawful entry into her home on May 2nd, 2025.

Respectfully Submitted by Petitioner,
s/ H.K. Erickson                                                         and to
                                                         these facts
1. Petitioner attests under the Oath & Penalties of Perjury   signed — H.K. [signature]   5/8/25

1.

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED       Case: 1:25-cv-05249 Document #: 1 Filed: 05/09/25 Page 2 of 2 PageID #:2
May 9, 2025 at 3:13:48 PM EDT           815-594-2272         1436      18      Received

MAY/09/2025/FRI 12:50 PM    Apple River St Bank      FAX No. 815-594-2272           P. 001

FAX TO ──→ 309-671-7120

COVER

#1 (A) p.1

# EMERGENCY / PETITION TRO HABEAS CORPUS GRIEVANCE

TO ~~Robert~~ or VAN Hicks, PATIENT ADVOCATE of Lake Behavorial

From Heidi K. Erickson Rm #415 at 4B (Geriatric Unit) at 5:05 AM on 5/8/25.

PLEASE ADDRESS CONCERNS attached 2 pages today & with IMMEDIANCY

H.K. Erickson 5/8/25

#415 CODE 473 of 13 Hickey Grove Macomb IL 61455   (312) 848-3332