# UNITED STATES DISTRICT COURT
## CENTRAL ILLINOIS

Petitioner Doe
H.K. Erickson

v.

City of Macomb, et al.,
Lake Behavioral Hospital

**In forma Pauperis**
Motion/Affidavit to Proceed for Waiver of all costs to proceed in the Court of the USA

Petitioner is the named Plaintiff of the above filed Habeus Corpus, is a person who receives a S.S.O.I. Beneficiary + who has no liquidatable assets, whose income is below the Poverty Level established in the United States and who is unable to afford the filing fees of this Action & emergency Relief and to Stay the status Quo in the actions by any member of the City of Macomb, IL. 61455 who advised the Petitioner, it will give-a-way all live + other property (real Estate) w/o providing Petitioner a Forfeiture Hearing on 3/29/25 held under the Aims & Republic of _____

5/9/25  _____ -/s/ H.K. Erickson

②