# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# ROCK ISLAND DIVISION

| | |
|---|---|
| HEIDI K. ERICKSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) Case No. 4:25-cv-04096 |
| CITY OF MACOMB, et al, | ) |
| | ) |
| Respondents. | ) |

## ORDER

Petitioner Heidi K. Erickson is currently confined at the Lake Behavioral Hospital in Waukegan, Illinois. On May 9, 2025, she filed a 28 U.S.C. § 2241 petition in the Rock Island Division of the Central District of Illinois alleging that she is being held against her will following an unlawful search of her person and her home. (D. 1). Because her immediate custodian is the Lake Behavioral Hospital in Lake County, Illinois, the proper venue for Erickson's § 2241 habeas petition is the Northern District of Illinois. *See Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) ("[W]ith respect to habeas petitions 'designed to relieve an individual from oppressive confinement,' the traditional rule has always been that the Great Writ is 'issuable only in the district of confinement.'") (quoting *Carbo v. United States*, 364 U.S. 611, 618 (1961)); *see also Webster v. Daniels*, 784 F.3d 1123, 1144 (7th Cir. 2015). Thus, the Clerk of Court is **DIRECTED TO TRANSFER** this case to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. §§ 1406(a) and/or 1631.

**ENTERED** this 12th day of May 2025.

/s/ Michael M. Mihm
Michael M. Mihm
United States District Judge