# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Heidi K Erickson

                        Plaintiff,

v.                                           Case No.: 1:25−cv−05249
                                                       Honorable Charles P. Kocoras

City of Macomb, et al

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2025:

      MINUTE entry before the Honorable Charles P. Kocoras: This case is dismissed without prejudice for failure to exhaust. Petitioner's motions for leave to proceed in forma pauperis [2], temporary restraining order [3], and any other pending motions, are denied as moot. Civil case terminated. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.